## LANG TRANSPORTATION COMPANY, Petitioner, v. DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEVADA, and Hon. Frank H. Norcross, Judge Thereof, Respondents.

### No. 8589.

Circuit Court of Appeals, Ninth Circuit.

Sept. 20, 1937.

Orrick, Palmer & Dahlquist and H. O. Hepperle, all of San Francisco, Cal., and M. A. Diskin, of Reno, Nev., for petitioner.

Morley Griswold, of Reno, Nev., for respondents.

1016

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered proceeding herein for alternative writ of mandamus or prohibition dismissed without costs to any party; mandate forthwith.